**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Darron GOODS, Defendant-Appellant.**

**No. 17-6579**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 28, 2017

Decided: September 11, 2017

Darron Goods, Appellant Pro Se. Debra Lynn Dwyer, Assistant United States Attorney, Ellen Elisabeth Cobb, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Before SHEDD, KEENAN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darron Goods appeals the district court's orders denying relief on his 28 U.S.C. § 2255 (2012) motion. The district court granted a certificate of appealability as to all of Goods' claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Goods*, Nos. 1:06-cr-00309-JFM-9; 1:15-cv-03069-JFM, 2016 WL 5415631 (D. Md. Sept. 28, 2016; filed May 2, 2017, and entered May 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*